1   McGREGOR W. SCOTT
United States Attorney
2   YOSHINORI H. T. HIMEL #66194
Assistant U. S. Attorney
3   501 I Street, Suite 10-100
Sacramento, CA 95814-2322
4   Telephone:  (916) 554-2700

5   Attorneys for Defendant

6

7                    IN THE UNITED STATES DISTRICT COURT

8              FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10  UNITED STATES OF AMERICA, and
    DEAN PRODROMOS, Revenue            CASE NO.: 2:07-mc-00003-FCD-KJM
11  Officer, Internal Revenue Service,
                                       Taxpayer: Pacific Dining, Inc.
12            Petitioners,

13      v.                             **RELATED CASES ORDER**

14  MEHRAN ALIZADEH,

15            Respondent.

16  _____

17  UNITED STATES OF AMERICA, and
    DEAN PRODROMOS, Revenue            CASE NO.: 2:07-mc-00004-FCD-EFB
18  Officer, Internal Revenue Service, New Number:
                                       2:07-mc-00004-FCD-KJM
19            Petitioners,
                                       Taxpayer: Capital City Restaurants, Inc.
20      v.

21  MEHRAN ALIZADEH,

22            Respondent.

23

24          Examination of the above-captioned files reveals that the actions are related under this

25  Court's Local Rule 83-123.  The actions involve the same parties, and are based on similar

26  claims and common questions of fact or law.  Accordingly, assignment of the actions to the same

27

28                                       1

1  District Judge and Magistrate Judge will promote convenience, efficiency and economy for the

2  Court and parties.

3        An order relating cases under Local Rule 83-123 merely assigns them to the same

4  Magistrate Judge (the cases have already been assigned to the same District Judge), and effects

5  no consolidation of cases.

6        For good cause shown, this Court ORDERS as follows:

7        1. 2:07-mc-00004-FCD-EFB is reassigned to Magistrate Judge Kimberly J. Mueller and

8  will receive a new case number of 2:07-00004-FCD-KJM.

9        2.  All documents filed in this action shall reflect the new case number.

10        3.  The Clerk shall make an appropriate adjustment of caseloads for the two Magistrate

11  Judges involved in this matter.

12        IT IS SO ORDERED.

13

14  DATED:  January 17, 2007.

15

16

17  _____
   U.S. MAGISTRATE JUDGE

18

19

20

21

22

23

24

25

26

27

28                                         2